# United States Court of Appeals for the Federal Circuit

---

**SASO GOLF, INC.,**
*Plaintiff-Appellant*

v.

**NIKE, INC.,**
*Defendant-Appellee*

---

2020-1456

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:08-cv-01110, Judge Andrea R. Wood.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

February 10, 2021           /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court